# EXHIBIT B

| 10/8/2007 | SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC | |
|---|---|---|
| 4:45 PM | Worksheets | Page 77 |

Nickname    KOENIG, S/PATIENT CARE-IL SKIN | 5993
Full Name    Suzanne Koenig
In Ref To    Patient Care Ombudsman in Illinois Skin, Inc.
             (IB 5993 KOENIG, S/PATIENT CARE-IL SKIN)
Last bill
Last charge    9/27/2007
Last payment                    Amount    $0.00

| Date | Attorney | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |

### Nickname 1: GENERAL INVESTIGATION

| 2/28/2007 | IB | | 450.00 | 0.40 | 180.00 | Billable |
|---|---|---|---|---|---|---|
| 294875 | Legal Services | | | | | |

Phone conferences with Tom Springer (.2) and Suzy Koeneig (.2) re: meeting between Trustee and Ombudsman and purpose and scope ; Review filed retention motions (.3) ONLY CHARGING FOR (.4).
Matter:    GENERAL INVESTIGATION

| 3/22/2007 | PAC | | 240.00 | 1.90 | 456.00 | Billable |
|---|---|---|---|---|---|---|
| 298736 | Legal Services | | | | | |

Online research of registration status/good standing of Dr. Ungaretti in former states of practice (.6); draft motion to extend time to file ombudsman report (.6); review and edit draft motion to establish confidentiality procedures (.3); review and revise draft motion to extend (.2); confers with I. Bodenstein concerning draft motions (.2)
Matter:    GENERAL INVESTIGATION

| 4/11/2007 | PAC | | 240.00 | 0.30 | 72.00 | Billable |
|---|---|---|---|---|---|---|
| 303609 | Legal Services | | | | | |

Email exchange with S. Koenig concerning document retention and medical license/disciplinary record for Dr. Ungaretti
Matter:    GENERAL INVESTIGATION

| 4/27/2007 | IB | | 450.00 | 0.30 | 135.00 | Billable |
|---|---|---|---|---|---|---|
| 303302 | Legal Services | | | | | |

Review Lawson Malpractice complaint and email Suzy re: same (.3)
Matter:    GENERAL INVESTIGATION

Total: GENERAL INVESTIGATION                                    2.90            $843.00

### Nickname 1: OMBUDSMAN'S REPORT

| 3/20/2007 | IB | | 450.00 | 2.50 | 1,125.00 | Billable |
|---|---|---|---|---|---|---|
| 297795 | Legal Services | | | | | |

Meet with Trustee, Suzy Koenig, Joyce Ciyou, and Dr. Ungaretti re: information gathering for ombudsman report.
Matter:    OMBUDSMAN'S REPORT

| 3/29/2007 | IB | | 450.00 | 2.00 | 900.00 | Billable |
|---|---|---|---|---|---|---|
| 299611 | Legal Services | | | | | |

Prepare for Travel to and present Motion to Extend Time to File Ombudsman Report and Motion for Access to Patient Records.
Matter:    OMBUDSMAN'S REPORT

| 4/9/2007 | IB | | 450.00 | 0.30 | 135.00 | Billable |
|---|---|---|---|---|---|---|
| 301328 | Legal Services | | | | | |

Review format of Ombudsman report
Matter:    OMBUDSMAN'S REPORT

| 4/18/2007 | IB | | 450.00 | 0.30 | 135.00 | Billable |
|---|---|---|---|---|---|---|
| 302262 | Legal Services | | | | | |

Phone call with Suzy re: meeting with Dr. Ungaretti and format for Ombudsman report.
Matter:    OMBUDSMAN'S REPORT

| 10/8/2007 | SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC | | | | |
|---|---|---|---|---|---|
| 4:45 PM | Worksheets | | | | Page 78 |

KOENIG, S/PATIENT CARE-IL SKIN:Suzanne Koenig (continued)

| Date / ID | Attorney / Task | Rate / Markup % | Hours / DNB Time | Amount / DNB Amt | Total |
|---|---|---|---|---|---|
| 5/8/2007 305649 | IB<br>Legal Services<br>Prepare Notice of Filing Ombudsman Report (.2); phone call with Suzy re:format of outline of report (.2); Review emails from Suzy re: outline of report (.7); prepare format of report (.8)<br>Matter:     OMBUDSMAN'S REPORT | 450.00 | 1.90 | 855.00 | Billable |
| 5/9/2007 305758 | IB<br>Legal Services<br>Prepare draft outline of Ombudsman report<br>Matter:     OMBUDSMAN'S REPORT | 450.00 | 2.50 | 1,125.00 | Billable |
| 5/10/2007 305831 | IB<br>Legal Services<br>Revise draft outline of Ombudsman Report<br>Matter:     OMBUDSMAN'S REPORT | 450.00 | 0.50 | 225.00 | Billable |
| 5/11/2007 305919 | IB<br>Legal Services<br>Review redraft of report outline and email to Suzy (.3); Review Trustee Motions to Sell Assets and Transfer Patient Records to Dr. Ungaretti (.3)<br>Matter:     OMBUDSMAN'S REPORT | 450.00 | 0.60 | 270.00 | Billable |
| 5/21/2007 306970 | IB<br>Legal Services<br>Revise draft of Ombudsman report (1.2); review email with additional findings (.1); Phone call with Suzy to review report recommendations (.4)<br>Matter:     OMBUDSMAN'S REPORT | 450.00 | 1.70 | 765.00 | Billable |
| 5/22/2007 307104 | IB<br>Legal Services<br>Finalize draft of Ombudsman report for filing (1.5); Confer with PAC and S. Koenig re: revision to draft report (.5)<br>Matter:     OMBUDSMAN'S REPORT | 450.00 | 2.00 | 900.00 | Billable |
| 5/22/2007 308869 | PAC<br>Legal Services<br>Multiple conferences with I. Bodenstein concerning draft report (.4); review and edit same (.6); teleconference and email exchanges with S. Koenig concerning final comments to draft reports (.2)<br>Matter:     OMBUDSMAN'S REPORT | 240.00 | 0.50 | 120.00 | Billable |
| 5/24/2007 309030 | PAC<br>Legal Services<br>Prepare for and attend hearing in Kane concerning status of case and Ombudsman's final report<br>Matter:     OMBUDSMAN'S REPORT | 240.00 | 1.30 | 312.00 | Billable |
| 5/30/2007 308152 | IB<br>Legal Services<br>Discuss report and discharge issue with Richard Friedman<br>Matter:     OMBUDSMAN'S REPORT | 450.00 | 0.20 | 90.00 | Billable |
| 6/11/2007 310108 | IB<br>Legal Services<br>Review language from Upland medical discharge order and discuss substance of discharge motion with PAC<br>Matter:     OMBUDSMAN'S REPORT | 450.00 | 0.20 | 90.00 | Billable |
| 6/14/2007 313514 | PAC<br>Legal Services<br>Drafting motion to discharge ombudsman and related proposed order<br>Matter:     OMBUDSMAN'S REPORT | 240.00 | 3.50 | 840.00 | Billable |

10/8/2007  SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
4:45 PM  Worksheets  Page 79

KOENIG, S/PATIENT CARE-IL SKIN:Suzanne Koenig (continued)

| Date / ID | Attorney / Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 6/14/2007 310503 | IB<br>Legal Services<br>Review PAC draft of Motion to Discharge ombudsman and discuss with PAC.<br>Matter:    OMBUDSMAN'S REPORT | 450.00 | 0.70 | 315.00 | Billable |
| 6/15/2007 310571 | IB<br>Legal Services<br>Review revised draft of motion to discharge ombudsman and email to Richard Friedman for comments<br>Matter:    OMBUDSMAN'S REPORT | 450.00 | 0.50 | 225.00 | Billable |
| 6/20/2007 311218 | IB<br>Legal Services<br>Discuss motion for discharge of Ombudsman with Sandra<br>Matter:    OMBUDSMAN'S REPORT | 450.00 | 0.10 | 45.00 | Billable |
| 6/21/2007 311327 | IB<br>Legal Services<br>Discuss motion to discharge ombudsman with Sandra Rasnak<br>Matter:    OMBUDSMAN'S REPORT | 450.00 | 0.20 | 90.00 | Billable |
| 6/22/2007 311459 | IB<br>Legal Services<br>Phone call with Richard and prepare email to Richard re: support for motion to discharge ombudsman<br>Matter:    OMBUDSMAN'S REPORT | 450.00 | 0.30 | 135.00 | Billable |
| 6/26/2007 313693 | PAC<br>Legal Services<br>Review UST objection to discharge motion<br>Matter:    OMBUDSMAN'S REPORT | 240.00 | 0.30 | 72.00 | Billable |
| 6/28/2007 312101 | IB<br>Legal Services<br>Review email and pleading from Richard Friedman re: UST position on Ombudsman Motion for Discharge (.5); phone call with Richard Friedman re: same (.2); Research case law on exculpation in objection (.5); Phone call with Suzy re: potential objection (.2); phone call with Dean re: resolution of objection (.2); discuss objection with PAC (.1)<br>Matter:    OMBUDSMAN'S REPORT | 450.00 | 1.70 | 765.00 | Billable |
| 7/5/2007 313826 | IB<br>Legal Services<br>Phone call with Richard Friedman re: revised language for discharge order; (.1); prepare revised order on discharge motion (.4); discuss revised order language with Suzy/Parrick/Nancy Peterman (.5); further revise order and send to Richard Friedman (.2)<br>Matter:    OMBUDSMAN'S REPORT | 450.00 | 1.20 | 540.00 | Billable |
| 7/5/2007 317615 | PAC<br>Legal Services<br>Prepare for and attend status hearing in Kane County<br>Matter:    OMBUDSMAN'S REPORT | 265.00 | 2.50 | 662.50 | Billable |
| 7/6/2007 313970 | IB<br>Legal Services<br>Communicate with Richare re: revised form of Discharge Order (.2); Negotiate revisions with UST office for agreed discharge order (.3)<br>Matter:    OMBUDSMAN'S REPORT | 450.00 | 0.50 | 225.00 | Billable |
| 7/13/2007 317851 | PAC<br>Legal Services<br>Revising motion to discharge ombudsman and related order (.5); efile and serve same (.2)<br>Matter:    OMBUDSMAN'S REPORT | 265.00 | 0.70 | 185.50 | Billable |

| 10/8/2007 | SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC | | | |
| 4:45 PM | Worksheets | | | Page 80 |

KOENIG, S/PATIENT CARE-IL SKIN:Suzanne Koenig (continued)

| Date / ID | Attorney / Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 7/31/2007 317125 | IB<br>Legal Services<br>Phone call with Springer re: status of records compliance<br>Matter:     OMBUDSMAN'S REPORT | 450.00 | 0.10 | 45.00 | Billable |
| 8/2/2007 318182 | IB<br>Legal Services<br>Communications with PAC re: dismissal of Ombudsman<br>Matter:     OMBUDSMAN'S REPORT | 450.00 | 0.20 | 90.00 | Billable |
| 8/10/2007 319326 | IB<br>Legal Services<br>Review records compliance letter filed with court.<br>Matter:     OMBUDSMAN'S REPORT | 450.00 | 0.10 | 45.00 | Billable |

Total: OMBUDSMAN'S REPORT         29.10         $11,327.00

Nickname 1: PATIENT RECORDS

| Date / ID | Attorney / Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 3/5/2007 296190 | IB<br>Legal Services<br>Coordinate meeting between Ombudman and Trustee<br>Matter:     PATIENT RECORDS | 450.00 | 0.10 | 45.00 | Billable |
| 3/19/2007 297782 | IB<br>Legal Services<br>Review HIPAA/Privacy issues for meeting with Trustee, Suzy and Dr. Ungaretti<br>Matter:     PATIENT RECORDS | 450.00 | 0.50 | 225.00 | Billable |
| 3/20/2007 298729 | PAC<br>Legal Services<br>Confer with I. Bodenstein concerning record retention and patient notice issues<br>Matter:     PATIENT RECORDS | 240.00 | 0.20 | 48.00 | Billable |
| 3/20/2007 297937 | IB<br>Legal Services<br>Review procedures for patient record review.<br>Matter:     PATIENT RECORDS | 450.00 | 0.80 | 360.00 | Billable |
| 3/21/2007 298020 | IB<br>Legal Services<br>Prepare Motion for Access to Patient Records (1.2); Communicate with Richard Friedman re: access issues (.2)<br>Matter:     PATIENT RECORDS | 450.00 | 1.40 | 630.00 | Billable |
| 3/22/2007 298350 | IB<br>Legal Services<br>Prepare revisions to Motion for Access to Patient Records ( 1.3 ) and Motion to Extend Time to file report (.2); phone call with Suzy re: timing of filing of report (.1)<br>Matter:     PATIENT RECORDS | 450.00 | 1.60 | 720.00 | Billable |
| 3/23/2007 298749 | PAC<br>Legal Services<br>Continued drafting and revising patient confidentiality motion (.8); continued drafting and revising motion to extend time to file report (.8); draft related orders (.6); efile same (.2)<br>Matter:     PATIENT RECORDS | 240.00 | 2.40 | 576.00 | Billable |
| 3/23/2007 298399 | IB<br>Legal Services<br>Final revisions to motion to extend time (,2) and motion for access to patient records (1.2); communicate with Richard Friedman re: US Trustee comments (.2)<br>Matter:     PATIENT RECORDS | 450.00 | 1.60 | 720.00 | Billable |

10/8/2007     SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
4:45 PM     Worksheets     Page    81

KOENIG, S/PATIENT CARE-IL SKIN:Suzanne Koenig (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 3/27/2007<br>298941 | PAC<br>Legal Services<br>Research medical records retention/disposal requirements in Illinois<br>Matter: PATIENT RECORDS | 240.00 | 0.50 | 120.00 | Billable |
| 3/28/2007<br>299490 | IB<br>Legal Services<br>Review Illinois requirements for patient records with Patrick (.2); prepare for hearing on access to patient records (.5)<br>Matter: PATIENT RECORDS | 450.00 | 0.70 | 315.00 | Billable |
| 3/28/2007<br>299745 | PAC<br>Legal Services<br>Teleconference with IDPR concerning patient record retention guidelines (.2); voice message exchange with K. Schroch at IDPR concerning the same (.1); confer with I. Bodenstein concerning the same (.1)<br>Matter: PATIENT RECORDS | 240.00 | 0.40 | 96.00 | Billable |
| 4/2/2007<br>303530 | PAC<br>Legal Services<br>Voice message exchange and teleconference with K. Schrock at IDPR concerning disposal of patient records<br>Matter: PATIENT RECORDS | 240.00 | 0.30 | 72.00 | Billable |
| 4/10/2007<br>301417 | IB<br>Legal Services<br>Discuss document retention/destruction issues with Patrick.<br>Matter: PATIENT RECORDS | 450.00 | 0.20 | 90.00 | Billable |
| 4/11/2007<br>301525 | IB<br>Legal Services<br>Communicattions with Ombudsman re: document/records retention issues<br>Matter: PATIENT RECORDS | 450.00 | 0.20 | 90.00 | Billable |
| 4/17/2007<br>303854 | PAC<br>Legal Services<br>Teleconference and email exchanges with I. Bodenstein and S. Koenig concerning provisions of order on patient confidentiality<br>Matter: PATIENT RECORDS | 240.00 | 0.30 | 72.00 | Billable |
| 4/17/2007<br>302094 | IB<br>Legal Services<br>Phone call with with Suzy re: restrictions on patient record review and meeting with Dr. Ungaretti (.3); phone call with Tom Springer re: access to space and patient records. (.1).<br>Matter: PATIENT RECORDS | 450.00 | 0.40 | 180.00 | Billable |
| 5/9/2007<br>305760 | IB<br>Legal Services<br>Phone call with TomSpringer re: patient record and asset sale motions<br>Matter: PATIENT RECORDS | 450.00 | 0.20 | 90.00 | Billable |
| Total: PATIENT RECORDS | | | 11.80 | | $4,449.00 |

Nickname 1: PROFESSIONAL RETENTION AND FEES

| 2/15/2007<br>293206 | IB<br>Legal Services<br>Phone call with Richard Friedman at UST re: (retention in Illinois Skin and need for Verified Statement to accompany notice of appointment. (.2); review pleadings in docket re: prep of retention of SAK Management and Shaw Gussis (.8)<br>Matter: PROFESSIONAL RETENTION AND FEES | 450.00 | 1.00 | 450.00 | Billable |

| 10/8/2007 4:45 PM | SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC Worksheets | | | | Page 82 |

KOENIG, S/PATIENT CARE-IL SKIN:Suzanne Koenig (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 2/16/2007 293329 | IB<br>Legal Services<br>Discuss Verified Statement under 2007.2 and scope of duties with Suzy and Joyce (.3); Prepare scope of duties for retention affidavit (.5)<br>Matter:    PROFESSIONAL RETENTION AND FEES | 450.00 | 0.80 | 360.00 | Billable |
| 2/16/2007 295630 | PAC<br>Legal Services<br>Confer with I. Bodenstein concerning appointment of ombudsman and retention of SAK and Shaw Gussis<br>Matter:    PROFESSIONAL RETENTION AND FEES | 240.00 | 0.30 | 72.00 | Billable |
| 2/19/2007 293352 | IB<br>Legal Services<br>Revise proposed verified statement for Suzy Koenig to attach to Notice of Appointment (1.0); Phone call with Tom Skinner re: patient list and meeting (.2).<br>ONLY BILLING (.5)<br>Matter:    PROFESSIONAL RETENTION AND FEES | 450.00 | 0.50 | 225.00 | Billable |
| 2/19/2007 295632 | PAC<br>Legal Services<br>Draft affidavit for S. Koenig in support of appointment as ombudsman (.8); draft application to employ SAK as medical advisor to ombudsman (1.5)<br>ONLY CHARGING FOR (1.6)<br>Matter:    PROFESSIONAL RETENTION AND FEES | 240.00 | 1.60 | 384.00 | Billable |
| 2/20/2007 293679 | IB<br>Legal Services<br>Review current patient list re: potential connections. (.2); Phone call with Sandra Rasnak re: Illinois Skin and Ungaretti verified statement (.1); Finalize Verified Statements and forward to UST Office (.4)<br>Matter:    PROFESSIONAL RETENTION AND FEES | 450.00 | 0.70 | 315.00 | Billable |
| 2/21/2007 293978 | IB<br>Legal Services<br>Review and revise draft of motion to retain SAK Management<br>Matter:    PROFESSIONAL RETENTION AND FEES | 450.00 | 1.00 | 450.00 | Billable |
| 2/21/2007 293966 | IB<br>Legal Services<br>Phone call with Richard Friedman re: verified statement (.1); Phone call with Alex McTavish re: patient lists (.1)<br>Matter:    PROFESSIONAL RETENTION AND FEES | 450.00 | 0.20 | 90.00 | Billable |
| 2/22/2007 295698 | PAC<br>Legal Services<br>Review and revise application to retain SAK<br>Matter:    PROFESSIONAL RETENTION AND FEES | 240.00 | 0.30 | 72.00 | Billable |
| 2/23/2007 295703 | PAC<br>Legal Services<br>Draft application to employ Shaw Gussis as counsel to ombudsman and accompanying verified statement (1.5); email draft SAK application to S. Koenig (.1)<br>Matter:    PROFESSIONAL RETENTION AND FEES | 240.00 | 1.60 | 384.00 | Billable |
| 2/27/2007 295739 | PAC<br>Legal Services<br>Draft proposed order for Shaw Gussis retention (.2); final revisions to SAK and Shaw Gussis retention applications (.4)<br>ONLY CHARGING FOR (.2).<br>Matter:    PROFESSIONAL RETENTION AND FEES | 240.00 | 0.20 | 48.00 | Billable |

| 10/8/2007 | SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC | | | | |
| --- | --- | --- | --- | --- | --- |
| 4:45 PM | | Worksheets | | | Page    83 |

KOENIG, S/PATIENT CARE-IL SKIN:Suzanne Koenig (continued)

| Date | Attorney | Rate | Hours | Amount | Total |
| --- | --- | --- | --- | --- | --- |
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 2/28/2007 | PAC | 240.00 | 0.40 | 96.00 | No Charge |
| 295745 | Legal Services | | 0.40 | 96.00 | |
| | Efile applications to retain SAK and Shaw Gussis | | | | |
| | Matter:    PROFESSIONAL RETENTION AND FEES | | | | |
| 3/7/2007 | IB | 450.00 | 0.10 | 45.00 | Billable |
| 296612 | Legal Services | | | | |
| | Phone call from Richard Friedman re: retention application | | | | |
| | Matter:    PROFESSIONAL RETENTION AND FEES | | | | |
| 3/8/2007 | PAC | 240.00 | 0.80 | 192.00 | Billable |
| 298617 | Legal Services | | | | |
| | Prepare for and attend hearing in Geneva on applications to employ Shaw Gussis and SAK for ombudsman | | | | |
| | Matter:    PROFESSIONAL RETENTION AND FEES | | | | |
| 6/11/2007 | PAC | 240.00 | 0.20 | 48.00 | Billable |
| 313475 | Legal Services | | | | |
| | Confer with I. Bodenstein concerning preparation of final fee applications and motion to discharge Ombudsman from her duties | | | | |
| | Matter:    PROFESSIONAL RETENTION AND FEES | | | | |
| 6/12/2007 | PAC | 240.00 | 0.40 | 96.00 | Billable |
| 313487 | Legal Services | | | | |
| | Review and mark up Shaw Gussis time for fee application | | | | |
| | Matter:    PROFESSIONAL RETENTION AND FEES | | | | |
| 8/13/2007 | IB | 450.00 | 0.20 | 90.00 | No Charge |
| 319449 | Legal Services | | 0.20 | 90.00 | |
| | Review Koenig email re: SAK management time for fee application | | | | |
| | Matter:    PROFESSIONAL RETENTION AND FEES | | | | |
| 9/26/2007 | IB | 450.00 | 0.30 | 135.00 | Billable |
| 325853 | Legal Services | | | | |
| | Review Time detail for SAK Management | | | | |
| | Matter:    PROFESSIONAL RETENTION AND FEES | | | | |
| 9/27/2007 | IB | 450.00 | 0.10 | 45.00 | Billable |
| 325934 | Legal Services | | | | |
| | Communications with Suzy Koenig re: time detail of SAK/Ombudsman | | | | |
| | Matter:    PROFESSIONAL RETENTION AND FEES | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Total: PROFESSIONAL RETENTION AND FEES | | | 10.10 | | $3,411.00 |
| | No Charge | | 0.60 | $186.00 | |
| | Do Not Bill | | 0.60 | $186.00 | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| TOTAL | Billable Fees | | 53.90 | | $20,030.00 |
| | No Charge | | 0.60 | $186.00 | |

| Date | Attorney | Price | Quantity | Amount | Total |
| --- | --- | --- | --- | --- | --- |
| ID | Expense | Markup % | | | |
| Nickname 1: none | | | | | |
| 2/28/2007 | EXPENSES | 9.09 | 1.000 | 9.09 | Billable |
| 295103 | Postage | | | | |
| | Postage - 2/1/07 - 2/28/07 | | | | |
| 2/28/2007 | EXPENSES | 0.10 | 57.000 | 5.70 | Billable |
| 295389 | Photocopy | | | | |
| | Photocopying - Motions: Applications to employ (PAC) (Split between 5992 and 5993) | | | | |

| 10/8/2007 | SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC | | | | |
|---|---|---|---|---|---|
| 4:45 PM | Worksheets | | | | Page    84 |

KOENIG, S/PATIENT CARE-IL SKIN:Suzanne Koenig (continued)

| Date<br>ID | Attorney<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 3/23/2007<br>299646 | EXPENSES<br>Photocopy<br>Photocopying - Exhibit A  (PAC) | 0.10 | 18.000 | 1.80 | Billable |
| 4/1/2007<br>302355 | EXPENSES<br>Overnight Delivery<br>Federal Express - Inv. # 8-768-27927 - Original Invoice Date: 3/23/07 - To Suzanne Koening/SAK Management Services/Chicago IL  (PAC) | 11.48 | 1.000 | 11.48 | Billable |
| 4/23/2007<br>305070 | EXPENSES<br>Overnight Delivery<br>Federal Express to Suzanne Koening/SAK Management Services/Chicago  (PAC) | 11.48 | 1.000 | 11.48 | Billable |
| 6/28/2007<br>315458 | EXPENSES<br>Westlaw<br>Legal Research - Inv. # 813965430 - (IXB) | 16.00 | 1.000 | 16.00 | Billable |
| 6/30/2007<br>316872 | EXPENSES<br>Pacer Research<br>Pacer Online Docket Charges   (IXB) | 2.96 | 1.000 | 2.96 | Billable |
| 7/13/2007<br>316560 | EXPENSES<br>Overnight Delivery<br>Federal Express to Dr. Dari Ann Ungaretti/Elgin IL  (PAC) | 14.51 | 1.000 | 14.51 | Billable |
| 7/31/2007<br>317144 | EXPENSES<br>Postage<br>Postage - July 1 - 31, 2007 | 11.60 | 1.000 | 11.60 | Billable |

Total: none                                                                                                                        $84.62

TOTAL      Billable Costs                                                                                                  $84.62

|  | Amount | Total |
|---|---|---|
| Total of Fees (Time Charges) | | $20,030.00 |
| Total of Costs (Expense Charges) | | $84.62 |
| Total new charges | | $20,114.62 |
| Total New Balance | | $20,114.62 |

Funds Account: Default

| Date|ID | Type | Description | | |
|---|---|---|---|---|
| 3/28/2007<br>749 | PAYT | Payment to account | $5,000.00 | |
| Total added to account | | | $5,000.00 | |
| New account balance | | | | $5,000.00 |