**UNITED STATES BANKRUPTCY COURT**
NORTHERN  **DISTRICT OF**  ILLINOIS

| | | |
|---|---|---|
| In re: | § | Case No. 06-16098 MB |
| ILLINOIS SKIN INC | § | |
| | § | |
| Debtors | § | |
| | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 50,079.85 |
| *and approved disbursements of* | $ | 29,104.80 |
| *leaving a balance of* | $ | 20,975.05 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| NA | $ NA |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee:* THOMAS E. SPRINGER, TRUSTEE | $ 5,450.80 | $ 0.00 |
| *Attorney for trustee:* Thomas E. Springer | $ 11,867.87 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* Alan D. Lasko, CPA | $ 3,614.64 | $ 0.00 |
| *Special Attorney for trustee:* | $ | $ |

UST Form 101-7-NFR (4/1/2009) *(Page: 1)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other: Alan D. Lasko, CPA* | $ 0.00 | $ 41.74 |
| *Other:* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other: NA* | $ NA | $ NA |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 19,244.91 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 4B | Elgin II MOB Owners, LLC | $ 16,544.91 | $ 0.00 |
| 5B | Internal Revenue Service | $ 2,700.00 | $ 0.00 |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 223,735.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Deborah A. Lawson | $ 206,782.00 | $ 0.00 |
| 2 | Yellow Page Authority | $ 83.41 | $ 0.00 |
| 3 | Yellow Page Authority | $ 83.41 | $ 0.00 |
| 4A | Elgin II MOB Owners, LLC | $ 16,786.70 | $ 0.00 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $ NA | $ NA |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 5A | Internal Revenue Service | $ 300.00 | $ 0.00 |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/16/2009 in Courtroom 140 ,

        Kane County Courthouse
        100 S. Third Street
        Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 05/26/2009    By: /s/THOMAS E. SPRINGER, TRUSTEE
                                        Trustee

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road, Suite 330, Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: wepps               Page 1 of 1                 Date Rcvd: May 29, 2009
Case: 06-16098                Form ID: pdf006           Total Served: 20


The following entities were served by first class mail on May 31, 2009.
 db           +Illinois Skin, Inc.,    1975 Lin Lor Lane,    Suite 205,    Elgin, IL 60123-4946
 aty          +G. Alexander McTavish,    Myler, Ruddy & McTavish,    105 E. Galena Blvd.,    8th Floor,
                Aurora, IL 60505-3338
 aty          +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,     400 S. County Farm Road,
                Suite 330,    Wheaton, IL 60187-4547
 tr           +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,     400 South County Farm Road,
                Suite 330,    Wheaton, IL 60187-4547
11048330       AT&T,    PO Box 8100,    Aurora, IL 60507-8100
11703193      +C&J Leasing,    c/o Angileri & Associates,    6900 Main Street,    Downers Grove, IL 60516-3454
11076939      +Capital One Mastercard,    c/o TSYS Debt Management,    POB 5155,    Norcross, GA 30091-5155
11048332      +Dari Ann Ungaretti,    254 Spring Cove Drive,    Elgin, IL 60123-3264
11048333      +Deborah A. Lawson,    C/O Maloney & Craven, P.C.,    2093 Rand Road,    Des Plaines, IL 60016-4727
11048334      +Elgin II MOB Owner, LLC,    11360 Jog Road,    Suite 200,    Palm Beach Gardens, FL 33418-1751
11219457      +Elgin II MOB Owners, LLC,    c/o Randall & Kenig LLP,    455 N Cityfront Plaza Drive  #2510,
                Chicago, IL 60611-5323,    Attn Scott Kenig
11048335      +ExonMobil,    P.O. Box 530962,    Atlanta, GA 30353-0962
11048337     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
              (address filed with court:   Internal Revenue Service,    PO Box 21126,   Philadelphia, PA 19114)
11048336       Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
11048338      +Provena Saint Joseph Hospital,    77 North Airlite Street,    Elgin, IL 60123-4998
11048339       Provena St. Joseph Hospital,    C/O Pellettieri & Hennings, P.C.,    P.O. Box 189,
                Lombard, IL 60148-0189
11048340      +Richoh Corp,    c/o Richoh Business Systems,    POB 73212,    Chicago, IL 60673-0001
11048342      +Yellow Page Authority,    8940 W 192nd Street  Ste D,    Mokena, IL 60448-8137

The following entities were served by electronic transmission on May 30, 2009.
11048331      +E-mail/Text: brandy.glashin@comed.com                            Com Ed,    Attn: Bankruptcy Dept.,
                2100 Swift Drive,    Oak Brook, IL 60523-1559
11048341      +E-mail/PDF: bankruptcyverizonwireless@afninet.com May 30 2009 01:01:16      Verizon,
                777 Big Timber Road,    Elgin, IL 60123-1401
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 31, 2009**          **Signature:** _Joseph Speetjens_